

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00377-CV

**BRASS CENTERVIEW HOLDINGS, L.L.C.** and Brass Centerview Management, L.L.C.,
Appellants

v.

**CAPMARK FINANACE, INC.** and Capmark II-CRE, Ltd.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-16071
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  December 28, 2012

APPEAL DISMISSED; REMANDED

This is an interlocutory, accelerated appeal from a trial court's order dissolving a temporary injunction.  On December 17, 2012, the parties filed a joint motion to dismiss the appeal, asking this court to dismiss the appeal and remand the matter to the trial court to allow the trial court to effectuate the parties' settlement agreement.  We grant the motion. *See* TEX. R. APP. P. 42.1(a).  Accordingly, we grant the joint motion to dismiss, dismiss the appeal, and remand the matter to the trial court for further proceedings to effectuate the parties' settlement

agreement. *See id.* We order all costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).


PER CURIAM